tancia del apelado por aparecer que interpuesta la apelación en marzo 12, 1924, no se ha archivado aún la transcripción de los autos en este tribunal y, además, porque si bien el apelante instó la preparación de una exposición del caso, dejó fenecer el término que se le concedió para ello sin presentarla, habiéndosele negado una última prórroga por estar fuera de tiempo.

No. 471.—MARRERO, PETICIONARIO, v. CORTE DE DISTRITO DE HUMACAO, HON. P. BERGA, JUEZ, DEMANDADO.—*Certiorari.* Enero 14, 1925. Visto el caso No. 3309 de *Lizardi* v. *Marrero,* de dic. 16, 1924 (pág. 838) se declara *sin lugar el auto.*

No. 468.—MONAGAS ET AL., PETICIONARIOS, v. CORTE DE DISTRITO DE MAYAGÜEZ, HON. A. ACOSTA, JUEZ, DEMANDADO.— Enero 14, 1925. *Certiorari.* Existiendo un remedio adecuado en el curso ordinario de la ley, *no ha lugar.*

No. 470.—GARCÍA, PETICIONARIA, v. CORTE DE DISTRITO DE PONCE, HON. R. DÍAZ CINTRÓN, JUEZ, DEMANDADO.—*Certiorari.* Enero 14, 1925. No habiéndose demostrado satisfactoriamente que la peticionaria carezca de otro remedio adecuado en el curso ordinario de la ley, se declara *sin lugar el auto.*

No. 2371.—EL PUEBLO, APLDO., v. RODRÍGUEZ, APLTE. — C. D. San Juan, Distrito 1º. Enero 15, 1925. Apareciendo que no se ha elevado pliego de excepciones o exposición del caso por lo cual no es posible decidir las cuestiones que levanta el apelante en un supuesto alegato que radicó; siendo suficiente la acusación y no apareciendo que se haya cometido error fundamental alguno *se confirma la sentencia.*

No. 3369.—GARCÍA, APLDO., v. ALONSO RIERA & Co., APLTE. C. D. San Juan, Distrito 1º. Enero 16, 1925. Siendo la evidencia contradictoria, habiendo la corte sentenciadora dirimido el conflicto en favor del demandante y no demostrándose que se haya cometido ningún error fundamental, o que la corte actuara movida por pasión prejuicio o parcialidad, *se confirma la sentencia.*

No. 472.—CANCELA, PETICIONARIO, v. CORTE DE DISTRITO DE AGUADILLA, HON. T. BRYAN, JUEZ, DEMANDADO. — *Certiorari.*